UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUCHUN LAFRE GOODWIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL M. YAMADA,<br><br>　　　　　Defendant. | Case No. 1:23-cv-00345-JLT-EPG<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 2) |

　　　Plaintiff Duchun Lafre Goodwin is proceeding *pro se* in this action and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2). Plaintiff has made the requisite showing required by § 1915(a). Accordingly, Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is granted.

IT IS SO ORDERED.

　　Dated:　**March 13, 2023**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1